U.S. Department of Justice

United States Attorney
Southern District of New York

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 24, 2007

**By Facsimile**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. James Lyons,</u>
              07 Cr. 890 (LAP)

Dear Judge Preska:

    This letter seeks confirmation that the conference scheduled for Monday, October 22, 2007, has been adjourned until Tuesday, November 27, 2007 at 9:00 a.m.

    The Government also respectfully requests (with the consent of the defendant) that the Court exclude the time under the Speedy Trial Act until November 27, 2007, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). During this period, the defendant will continue to evaluate the Government's discovery and the parties will continue their discussions regarding a possible disposition of this case.

**SO ORDERED**

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*October 25, 2007*

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: _____
    Parvin Moyne
    Assistant United States Attorney
    Telephone:    (212) 637-2510

cc:    Fiona Doherty, Esq. *(by facsimile)*