# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

November 21, 2007

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

## BY FAX

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

**Re:**   **United States v. James Lyons**
          **07 Cr. 890 (LAP)**

Dear Judge Preska:

        I write on behalf of my client, James Lyons, to respectfully request a 30-day adjournment of the status conference in his case, scheduled for November 27, 2007 at 9:00 a.m. I am requesting the adjournment because the parties need additional time to negotiate a possible disposition in the case. I have spoken to Assistant United States Attorney Parvin Moyne, who consents to this adjournment request on behalf of the Government. There have been no previous requests for an adjournment. *The November 27 conference is adjourned to January 23, 2008 at 9:30 a.m.*

        The parties request an exclusion of time under the Speedy Trial Act until the next conference. The parties' need for additional time to conduct negotiations in the case serves the interests of justice and outweighs the needs of the defendant and the public in a speedy trial.

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*November 26, 2007*

Respectfully submitted,

*[signature]*
Fiona Doherty
Attorney for **James Lyons**
Tel: (212) 417-8734

cc:   Parvin Moyne, Esq. (by fax)