# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District
Southern District of New York
John J. Byrnes
Attorney-in-Charge

Leonard F. Joy
Executive Director

January 10, 2008

**BY FAX**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

Re: <u>United States v. James Lyons</u>
 07 Cr. 890 (LAP)

Dear Judge Preska:

I write on behalf of my client, James Lyons, to respectfully request that the Court modify the bail conditions imposed by the Honorable Theodore Katz on September 20, 2007. At that time, the Court imposed the following conditions: (1) a $25,000 personal recognizance bond; (2) travel restricted to the Southern and Eastern Districts of New York and the District of Connecticut; and (3) surrender of any travel documents (and no new applications); and (4) the provision of 48 hours notice to the United States Attorney's Office for any business travel. We ask that these conditions be modified to allow Mr. Lyons to travel to Brookline, Vermont the weekend of January 19, 2008 through January 21, 2008. Mr. Lyons wishes to attend a twenty-first birthday party for his niece. I have conferred with Assistant United States Attorney Parvin Moyne, who has no objection to this request on behalf of the Government.

Respectfully submitted,

Fiona Doherty
Fiona Doherty
Attorney for James Lyons
Tel.: (212) 417-8734

SO ORDERED:

*Loretta A. Preska*
**HONORABLE LORETTA A. PRESKA**
**UNITED STATES DISTRICT JUDGE**

January 13, 2008

cc: Ms. Parvin Moyne, Esq.
 Assistant United States Attorney (by fax)

TOTAL P.002