

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 23, 2008

**By Facsimile**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Fax: (212) 805-7941

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

Re:   **United States v. James Lyons,**
       **07 Cr. 890 (LAP)**

Dear Judge Preska:

A conference is scheduled in the above-referenced case for today, January 23, 2008, at noon. However, the parties are in the middle of plea negotiations and believe that they may soon reach a disposition of this case. The parties therefore respectfully request an adjournment of the conference to February 24, 2008 at 11:00 a.m.

The Government further respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until February 24, 2008, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). The parties have been involved in extension plea discussions; during this period, the parties will continue to discuss a disposition of this case.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S. DISTRICT JUDGE
January 23, 2008

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
    Assistant United States Attorney
Telephone: (212) 637-2510

cc:   Fiona Doherty, Esq. *(by facsimile)*