Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

February 20, 2008

**BY FAX**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 2/21/08

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

**Re: United States v. James Lyons**
**07 Cr. 890 (LAP)**

Dear Judge Preska:

I write on behalf of my client, James Lyons, to respectfully request a two-week adjournment of the status conference in his case, scheduled for Thursday, February 21, 2008 at 11:00 a.m. I am requesting the adjournment because the parties are close to an agreement, but need some additional time to negotiate a disposition. I have spoken to Assistant United States Attorney Parvin Moyne, who consents to this adjournment request on behalf of the Government.

(1) the February 21 conference is adjourned to March 31 at 4:00 pm.

The parties request an exclusion of time under the Speedy Trial Act until the next conference. The parties' need for additional time to conduct negotiations in the case serves the interests of justice and outweighs the needs of the defendant and the public in a speedy trial.

(2)

SO ORDERED

Loretta A Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 20, 2008

Respectfully submitted,

Fiona Doherty
Fiona Doherty
Attorney for James Lyons
Tel: (212) 417-8734

cc: Parvin Moyne, Esq. (by fax)