# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

June 11, 2008

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

## BY FAX

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

> **Re:    United States v. James Lyons
> 07 Cr. 890 (LAP)**

Dear Judge Preska:

I write on behalf of my client, James Lyons, to respectfully request a 30-day adjournment of his sentencing, scheduled for June 26, 2008 at 4:00 p.m. I am requesting the adjournment because the defense needs additional time to gather relevant materials for his sentencing. I have spoken to Assistant United States Attorney Parvin Moyne, who consents to this adjournment request on behalf of the Government. There have been no previous requests for an adjournment of Mr. Lyons' sentencing.

Respectfully submitted,

Fiona Doherty

Fiona Doherty
Attorney for **James Lyons**
Tel: (212) 417-8734

cc:    Parvin Moyne, Esq. (by fax)

*Sentencing is adjourned to
August 7 at 4:00.*

SO ORDERED

*Loretta A. Presa*

*June 11, 2008*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE