# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

July 24, 2008

*Southern District of New York*
John J. Byrne
*Attorney-in-Charge*

**BY FAX**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

Re: **United States v. James Lyons**
07 Cr. 890 (LAP)

Dear Judge Preska:

I write on behalf of my client, James Lyons, to respectfully request that the Court modify the bail conditions imposed by the Honorable Theodore Katz on September 20, 2007. At that time, the Court imposed the following conditions: (1) a $25,000 personal recognizance bond; (2) travel restricted to the Southern and Eastern Districts of New York and the District of Connecticut; and (3) surrender of any travel documents (and no new applications); and (4) the provision of 48-hours notice to the United States Attorney's Office for any business travel. We ask that these conditions be modified to allow Mr. Lyons to travel to Engleside, New Jersey for a family vacation from July 31, 2008 through August 7, 2008. I have conferred with Assistant United States Attorney Parvin Moyne, who has no objection to this request on behalf of the Government.

Respectfully submitted,

*Fiona Doherty*
Fiona Doherty
Attorney for James Lyons
Tel.: (212) 417-8734

**SO ORDERED:**

7/28/08 *John F. Keenan*
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

cc: Ms. Parvin Moyne, Esq.
Assistant United States Attorney (by fax)

TOTAL P.02