# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 24, 2008

**BY FAX**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/08

Re:   **United States v. James Lyons**
      07 Cr. 890 (LAP)

Dear Judge Preska:

I write on behalf of my client, James Lyons, to respectfully request a three-week adjournment of his sentencing, currently scheduled for August 7, 2008 at 4 P.M. I am requesting the adjournment because the parties have not yet received the draft Pre-Sentence Investigation Report. I have spoken to Assistant United States Attorney Parvin Moyne, who consents to this adjournment request on behalf of the Government. There has been one previous request for an adjournment of Mr. Lyons' sentencing, which was originally scheduled for June 26, 2008.

*[Handwritten: Sentencing is adjourned to September 4, 2008 at 11:00 a.m.]*

*[Handwritten: So ordered   Loretta A. Preska   August 4, 2008   USDJ]*

Respectfully submitted,

Fiona Doherty
Attorney for James Lyons
Tel: (212) 417-8734

cc:   Parvin Moyne, Esq. (by fax)