# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

August 25, 2008

MEMO ENDORSED

**BY FAX**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

Re: **United States v. James Lyons**
  07 Cr. 890 (LAP)

Dear Judge Preska:

I write on behalf of my client, James Lyons, to respectfully request that the Court move Mr. Lyons' sentencing, scheduled for September 4, 2008, to September 10, 2008 at 2:30 P.M. I have conferred with both Your Honor's Deputy and Assistant United States Attorney Parvin Moyne about the new date. I requested the brief adjournment because of a trial I had scheduled before Judge Chin the week of September 2, 2008.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
August 28, 2008

Respectfully submitted,

Fiona Doherty
Fiona Doherty
Attorney for **James Lyons**
Tel: (212) 417-8734

cc: Parvin Moyne, Esq.
  Assistant United States Attorney (by fax)